UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT WALKER,

        Plaintiff,                    CIVIL ACTION NO. 11-14631

        v.                     DISTRICT JUDGE GERALD E. ROSEN

BANK OF AMERICA, N.A.,        MAGISTRATE JUDGE MARK A. RANDON

        Defendant.

_____/

**ORDER GRANTING IN PART DEFENDANT'S
MOTION FOR A MORE DEFINITE STATEMENT (DKT. NO. 5)**

This matter is before the Court on Defendant's motion for a more definite statement (Dkt. No. 5). Plaintiff failed to file a response to the motion and did not appear for oral argument. Having considered the motion and being otherwise fully advised,

IT IS ORDERED that Plaintiff shall file a more definite statement that sets forth the legal basis and specific facts establishing Plaintiff's entitlement to relief for Count II ("Lack of subject matter jurisdiction to bring foreclosure action") on or before *January 2, 2012.* The Court finds that the remaining counts comply with Fed. R. Civ. P. 8(a).

If Plaintiff fails to provide a more definite statement to Count II as required, that count shall be stricken.

                        s/Mark A. Randon
                        Mark A. Randon
                        United States Magistrate Judge

Dated: December 15, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 15, 2011, electronically.*

                        *s/Melody R. Miles*
                        *Case Manager to Magistrate Judge Mark A. Randon*
                        *(313) 234-5542*